Benjamin Cesar **SALGADO, Petitioner,**

v.

Michael B. **MUKASEY, Attorney General, Respondent.**

No. 06–71857.

United States Court of Appeals, Ninth Circuit.

April 22, 2008.

Benjamin Cesar Salgado, Boyes Hot Springs, CA, pro se.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Anthony W. Norwood, Siu P. Wong, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, D.C., for Respondent.

Agency No. A75–743–702.

Before: GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

ORDER

The memorandum disposition filed on January 4, 2008, is withdrawn. A replace-

ed by 9th Cir. R. 36–3.

ment memorandum disposition will be filed concurrently with this order.

Salgado's petition for panel rehearing is denied as moot.